1  **David N. Salmon, Esq.**
   Nevada Bar No. 7168
2  **DAVID SALMON & ASSOCIATES, Inc.**
   7495 W. Azure Dr., Suite 102
3  Las Vegas, Nevada 89130
   Phone (702) 382-9696
4  *Counsel for Plaintiff Jeff Andrews*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| JEFF ANDREWS, an individual, | CASE No.: **2:25-CV-00371-JAD-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE** |
| YOUNG MOANA LLC, a domestic limited liability company, INDIVIDUALS 1-20, and ROE CORPORATIONS 21-40 | ECF No. 11 |
| Defendants. | |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff, JEFF ANDREWS, and Defendant, YOUNG MOANA, LLC, by and through their respective counsel, if applicable, that all potential claims and claims presently pending in this matter be dismissed, with prejudice, each party to bear its own legal fees and expenses.

The scheduling order is as follows:

Disclose Rebuttal Experts: **AUGUST 25, 2025**

Dispositive Motions: **OCTOBER 24, 2025**

Pretrial Order: **NOVEMBER 3, 2025**

The parties stipulate and agree that the above-referenced dates, as well as any remaining dates, be vacated and that the case be closed.

IT IS SO STIPULATED AND AGREED.

Date: 8-6-25

_____
DAVID N. SALMON, ESQ
Nevada Bar No. 7168
DAVID SALMON & ASSOCIATES, INC.
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
Telephone: (702) 382-9696
*Attorneys for Plaintiffs Jeff Andrews*

Date 8/6/2025

_____
RICK R. HSU, ESQ
Nevada Bar No. 5374
MAUPIN/COX/LEGOY
4785 Caughlin Pkwy.
Reno, NV 89520
Telephone: (775) 827-2000
*Attorneys for Defendant Young Moana, LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 11]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 8, 2025